# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RYAN CONCRETE CONSTRUCTION, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:09-cv-01633-LDG (VCF)<br><br>(consolidated 2:09-cv-01922-LDG (VCF)<br><br>**ORDER** |

By minute order entered September 30, 2013, the plaintiffs were notified that this action has remained pending for more than 270 days without any proceeding of record having been taken, and that if no action was taken by October 30, 2013, application would be made to dismiss for want of prosecution. In response, the plaintiffs filed motions to dismiss defendant Old Republic Insurance Company without prejudice (#36), and to administratively close the consolidated actions (#38). A review of the docket establishes that defendant Old Republic Insurance Company remains the only named defendant in this action. The plaintiffs obtained default judgments against Defendant Ryan Concrete on October 20, 2011. Accordingly, for good cause shown,

1  THE COURT **ORDERS** that plaintiffs' Motion to Dismiss Defendant Old Republic
2  Insurance Company without prejudice (#36) is GRANTED; Defendant Old Republic
3  Insurance Company is DISMISSED without prejudice.
4  THE COURT FURTHER **ORDERS** that these consolidated matters are CLOSED.

6  DATED this ____ day of November, 2013.

8  Lloyd D. George
   United States District Judge

2